

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

December 4, 2024

**By ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

     Re:    *SEC v. Akshay Kamboj and Dev Kamboj*, No. 1:24-cv-07319 (GHW)

Dear Judge Woods:

Plaintiff Securities and Exchange Commission ("Commission") writes to respectfully request that the Court adjourn the Initial Conference, currently scheduled for December 11, 2024, to a date convenient to the Court after April 1, 2025.

Defendants Akshay Kamboj and Dev Kamboj, who are living in India, have not appeared in this matter, nor has an attorney appeared on either Defendants' behalf. In October, copies of the Complaint and each Defendants' Summons were both emailed and mailed to counsel in India who represented Akshay Kamboj and Dev Kamboj during the Commission's investigation, with an inquiry as to whether Defendants would agree to waive service. The Commission never received a response.

The Commission has initiated the process of having Akshay Kamboj and Dev Kamboj served in India, pursuant to the Hague Service Convention, which the Commission estimates will take approximately 4-6 months to complete.

No prior request to adjourn the Initial Conference has been made. Commission counsel emailed Akshay Kamboj and Dev Kamboj's counsel in India regarding this adjournment request. However, the Commission has not received a response.

Under these circumstances, the Commission respectfully requests that the Initial Conference, currently scheduled for December 11, 2024, be adjourned to a date convenient to the court after April 1, 2025.

The Commission will notify the Court as soon as service is effectuated pursuant to the Hague Service Convention.

Respectfully submitted,

/s/ *Travis Hill*
Travis Hill
Senior Trial Counsel