

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 9, 2025

**By ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

    Re:    *SEC v. Akshay Kamboj and Dev Kamboj*, No. 1:24-cv-07319 (GHW)

Dear Judge Woods:

    Plaintiff Securities and Exchange Commission ("Commission") writes to respectfully request that the Court adjourn the Initial Pretrial Conference, currently scheduled for April 16, 2025, as the Commission was not able to serve Akshay Kamboj and Dev Kamboj (collectively, "Defendants") pursuant to the Hague Service Convention and intends to file a motion for alternative service.

    By way of background, the Commission filed its Complaint on September 27, 2024. In October 2024, copies of the Complaint and each Defendants' Summons were both emailed and mailed to counsel in India who represented Defendants during the Commission's investigation, with an inquiry as to whether Defendants would agree to waive service. The Commission never received a response.

    The Commission attempted to have Defendants served at their last known address in India, pursuant to the Hague Service Convention. The Commission has been notified by the Indian Ministry of Justice that efforts to serve Defendants pursuant to the Hague Convention were unsuccessful, as Defendants no longer live at their last known address in India.

    Accordingly, the Commission now plans to file a motion for alternative service requesting permission to serve Defendants via email, as the Defendants' current address is unknown.

    One prior request to adjourn the Initial Conference for the purpose of attempting service pursuant to the Hague Service Convention was requested (Dkt. No. 9) and granted (Dkt. No. 10).

Commission counsel emailed Defendants' counsel in India regarding this request. However, the Commission has not received a response.

      Under these circumstances, the Commission respectfully requests that the Initial Conference, currently scheduled for April 16, 2025, be adjourned *sine die*.

      Respectfully submitted,

      /s/ *Travis Hill*
      Travis Hill
      Senior Trial Counsel