UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>AKSHAY KAMBOJ and DEV KAMBOJ,<br><br>       Defendants. | 1:24-cv-07319 (GHW)<br><br>CLERK'S CERTIFICATE OF DEFAULT |

  I, **TAMMI M. HELLWIG**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 27, 2024, with the filing of the Complaint, *Doc.* # 1.  A copy of the Summonses and Complaint was served on Defendants by email, pursuant to the Court's Order, dated May 3, 2025, *Doc.* # 17, and proof of service was therefore filed on May 6, 2025, *Doc.* # 18.

  I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the Complaint herein.  The default of the Defendants is hereby noted.

Dated: New York, New York  
    June 13, 2025

**TAMMI M. HELLWIG**  
**Clerk of Court**

By: ___*K. Mango*___  
   DEPUTY CLERK