USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SECURITIES & EXCHANGE COMISSION,            :
                                                                 :
                                      Plaintiff,         :          1:24-cv-7319-GHW
                                                                 :
                    -v-                                  :          ORDER
                                                                 :
AKSHAY KAMBOJ, *et al.*,                          :
                                                                 :
                                    Defendants.     :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 13, 2025 the Clerk of Court issued a certificate of default against Defendants on

application of the plaintiff.  Dkt. No. 22.  The Court expects that any application for an order to

show cause why default judgment should not be entered against Defendants will be filed no later

than August 4, 2025.  The Court further expects that any application for an order to show cause will

fully comply with the Court's Individual Rules of Practice in Civil Cases, specifically Attachment A

to the Individual Rules.  Given that Defendants are in default, the initial pretrial conference

scheduled for July 23, 2025 is adjourned *sine die*, and the deadline for the parties to file a joint letter

and proposed case management plan is extended *sine die*.  Plaintiff is directed to serve a copy of this

order on Defendants and to retain proof of service.

SO ORDERED.

Dated:  July 14, 2025
          New York, New York                        _____
                                                                  GREGORY H. WOODS
                                                              United States District Judge