

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

October 14, 2025

**By ECF**
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY 10017

    Re:    *SEC v. Kamboj, et al.,* 24-cv-07319 (GHW)

Dear Judge Woods:

    Due to a lapse in federal government appropriations, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court adjourn the order to show cause hearing currently scheduled for October 20, 2025 until after appropriations are restored. (Dkt. No. 31.)

    On October 1, 2025, most SEC personnel were furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter have been furloughed and thus are not available to work on this matter. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

    Accordingly, the SEC respectfully requests Court to adjourn the scheduled October 20, 2025 hearing until after appropriations are restored.

                                                   Respectfully submitted,

                                                   /s/ Christopher J. Dunnigan
                                                   Christopher J. Dunnigan
                                                   Senior Trial Counsel

cc: (by email to defendants):  AKamboj@CrawfordVentures.com
                                        DKamboj@CrawfordVentures.com

---

Application granted.  The hearing scheduled for October 20, 2025 is adjourned to November 12, 2025 at 1:00 p.m.  Plaintiff is directed to serve a copy of this order on Defendants.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

SO ORDERED.
Dated:  October 14, 2025

                                                     _____
                                                     GREGORY H. WOODS
                                                    United States District Judge