```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SECURITIES & EXCHANGE COMISSION,                              :
                                                              :
                            Plaintiff,                        :     1:24-cv-7319-GHW
                                                              :
              -v-                                             :     ORDER
                                                              :
AKSHAY KAMBOJ, *et al.*,                                      :
                                                              :
                            Defendants.                       :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In light of the ongoing lapse in federal government appropriations, the hearing scheduled for November 12, 2025 at 1:00 p.m. is adjourned to December 3, 2025 at 10:00 a.m.  Plaintiff is directed to serve a copy of this order on Defendants by sending it via email to the same email addresses by which service was effectuated on May 5, 2025.  Dkt. No. 18.

SO ORDERED.

Dated: November 6, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge