USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                    :

SECURITIES & EXCHANGE COMISSION,    :
                                      :

                     Plaintiff,    :                  1:24-cv-7319-GHW
                                      :

           -v-                   :                  ORDER
                                      :

AKSHAY KAMBOJ, *et al.*,        :
                                      :

                 Defendants.  :
                                      :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiff's submissions in advance of the hearing on the order to show cause why a default judgment should not be entered against Defendants. Dkt Nos. 27–30. The Court understands that Plaintiff seeks permanent injunctive relief to enjoin future violations of the securities laws. Dkt. No. 28 at 18–22. The Second Circuit has identified several factors that district courts consider in granting such relief, including "whether the infraction was an isolated occurrence." *See SEC v. Cavanaugh*, 155 F.3d 129, 135 (2d Cir. 1998) (citation omitted). In prior cases, courts have found that conduct does not constitute an "isolated occurrence" when there had been multiple independent violations, *see id.*, or where the scheme at issue lasted for a period of years, *SEC v. Hansen*, No. 13-CV-1403 (VSB), 2017 WL 1298022, at *7 (S.D.N.Y. Mar. 31, 2017), *aff'd*, 712 F. App'x 99 (2d Cir. 2018).

If Plaintiff intends to seek such relief, the Court directs Plaintiff to submit supplemental briefing on why the conduct at issue in this case is not an "isolated occurrence" within the meaning of *Cavanaugh*. Such supplemental briefing should be filed no later than December 2, 2025 at 5:00 p.m.

Plaintiff is directed to serve a copy of this order on Defendants by sending it via email to the same email addresses by which service was effectuated on May 5, 2025.  Dkt. No. 18.

SO ORDERED.

Dated:  December 1, 2025
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

2