USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                     :

SECURITIES & EXCHANGE COMISSION,    :

                                       :

                      Plaintiff,     :                   1:24-cv-7319-GHW

                                       :

            -v-                     :                       ORDER

                                       :

AKSHAY KAMBOJ, *et al.*,           :

                                       :

                   Defendants.    :

                                       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Two letters from Ethan H. Katz were docketed in this case on June 25, 2026. Dkt. No. 44; Dkt. No. 45 ("June 22 Letter"). In his June 22 Letter, Mr. Katz writes that "I am not counsel for Akshay Kamboj or Dev Kamboj; I am not appearing for them; I do not seek to excuse any misconduct by them; and I am not asking the Court to grant me relief." June 22 Letter at 1. Because Mr. Katz represents no party in this action and asserts no basis upon which to seek relief on his own account, the Court does not expect to take any action in response to Mr. Katz's correspondence.

Mr. Katz describes himself as a well-qualified lawyer. *Id.* at 1 n.1. He also asserts that he has contact information for the defendants. *Id.* Ex. A. The Court expects, therefore, that Mr. Katz can advise the defendants regarding their opportunity to appear in this action and to move to vacate the default judgment entered against them pursuant to Federal Rule of Civil Procedure 60 should they wish and should such an application be viable. The Court will consider any application by the defendants should they appear. As the June 22 Letter acknowledges, Mr. Katz is not appearing as the defendants' counsel and has no personal interest to vindicate in this action. Mr. Katz's correspondence is not a substitute for an appearance and an application by the defendants.

The June 22 Letter also states that Mr. Katz "does not "accuse any SEC lawyer of intentional

misconduct based on the present record." June 22 Letter at 1.  As a result, the Court does not request a response from counsel for the plaintiff to Mr. Katz's correspondence.  They may submit a response should they wish.

SO ORDERED.

Dated:  June 25, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

2